**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Robert TAYLOR, Defendant/Appellant.**

**No. 74147.**

Missouri Court of Appeals,
Eastern District,
Division Four.

July 13, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Sept. 1, 1999.

Allen I. Harris, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Linda Lemke, Asst. Atty. Gen., Jefferson
City, for respondent.

Before HOFF, P.J. and GARY M.
GAERTNER, J. and RHODES
RUSSELL, J.

## ORDER

PER CURIAM.

Robert Taylor (Defendant) appeals from
the trial court's judgment and sentence
following a jury verdict convicting him of
three counts of robbery in the first degree
(Counts I–III), in violation of Section
569.020 RSMo 1994,[1] and one count of
robbery in the second degree (Count IV),
in violation of Section 569.030. The trial
court sentenced Defendant, as a prior and
persistent offender, to twenty five years
imprisonment on Count I, a concurrent life
sentence on Count II, a life sentence on
Count III consecutive to the sentences im-
posed on Counts I and II, and fifteen
years imprisonment on Count IV concur-
rent with the sentence imposed on Count
III.

We have reviewed the briefs of the par-
ties, the legal file, and the record on ap-
peal and find the claims of error to be
without merit. No error of law appears.
The parties have been furnished with a
memorandum for their information only,
setting forth the reasons for the order
affirming the judgment pursuant to Rule
30.25(b).

1. All subsequent statutory cites are to RSMo 1994.